JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ, | Case No. CV 19-194 PA (GJSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| WELLS FARGO BANK, N.A., ET AL., | |
| Defendants. | |

In accordance with the Court's February 22, 2019 Minute Order dismissing the Complaint filed by plaintiff David Gonzalez ("Plaintiff") without leave to amend and dismissing the action without prejudice,

It is ORDERED, ADJUDGED, and DECREED that defendant Wells Fargo Bank, N.A. ("Defendant") shall have judgment in its favor against Plaintiff, and this action is dismissed without prejudice.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: February 22, 2019

_____
Percy Anderson
United States District Judge